IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH M. LEWIS,

    Plaintiff,               No. CIV S-05-1582 GEB PAN P

    vs.

SOLANO COUNTY JAIL,

    Defendants.        <u>ORDER</u>

        Plaintiff has requested an extension of time to file objections to findings and recommendations pursuant to the court's order of March 24, 2006.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 27, 2006, request for an extension of time is granted; and

        2. Plaintiff is granted 30 days from the date of this order to file objections to findings and recommendations.

DATED: May 4, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

\004
\lewi1582.36